IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                             Plaintiff

    VS.                                             COURT NO. 5:97CR6DCB-FKB

Tommy Ames                                                           Defendant

### ORDER ALLOWING REMISSION OF FINE

This cause came on for consideration on petition of the United States of America Motion for Remission of Fines (Dkt. #52) on all of the unpaid portion of the fine imposed on August 25, 1998, in accordance with the provisions of 18 U.S.C. 3573 (amended November 18, 1989). The Court is of the opinion that the petition is well taken and should be granted.

Wherefore, all of the unpaid portion of the fine imposed on August 25, 1998, is hereby remitted.

SO ORDERED this the  3rd  day of  November, 2014.

                                        s/David Bramlette
                                        DAVID C. BRAMLETTE, III
                                        UNITED STATES DISTRICT JUDGE